**Jack COTHRAN, Appellant, v. STATE, Appellee.**

No. 21331.

Court of Criminal Appeals of Texas.

Dec. 11, 1940.

J. Mitch Johnson, of San Saba, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The question presented in this appeal is exactly the same as that discussed in Tex. Cr.App., 145 S.W.2d 885, by the same appellant in an opinion of this date. For the same reasons the judgment of the trial court is reversed and the cause remanded.